UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | No.   4:16 CR 471 RWS |
| | ) | |
| TAMARA JONES | ) | |
| | ) | |
| Defendant | ) | |

## MOTION SET STATUS HEARING FOR DEFENDANT

Comes now the Defendant, Tamara Jones, by and through counsel Assistant Federal Public Defender Brocca L. Morrison, and moves the Court to set this case for pre-sentencing status conference at the Court's convenience in order to hear from the Defendant.

Counsel for the Government and Defendant are available on the following dates and times: Friday, August 25, 2017 before noon (excepting a hearing with this Court at 10:00 a.m. in a different matter); Monday, August 28, 2017 before 11:00 a.m.; and Tuesday, August 29, 2017 before 3:00 p.m.

WHEREFORE, Defendant requests this Court set this matter for a status hearing when convenient for the Court.

Respectfully submitted,

/s/ Brocca L. Morrison
BROCCA L. MORRISON
Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255
Fax: (314) 421-3177
E-mail: Brocca_Morrison@fd.org
ATTORNEY FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 22, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Thomas Albus, Assistant United States Attorney.

                                                          /s/ Brocca L. Morrison
                                                          BROCCA L. MORRISON
                                                          Assistant Federal Public Defender